UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

Civil Action No. 1:07-CV-43

TAMIZ SARLI )
)
      Plaintiff )
)
v. ) **AGREED ORDER OF DISMISSAL**
)
MYLAN BERTEK )
PHARMACEUTICALS, INC., f/k/a )
BERTEK PHARMACEAUTICALS, INC., )
a Texas corporation; MYLAN )
PHARMACEUTICALS, INC., a West )
Virginia Corporation; MYLAN )
LABORATORIES, INC., a Pennsylvania )
Corporation; CARDINAL HEALTH, )
INC., an Ohio Corporation; CARDINAL )
HEALTH FRANCE, a French )
CORPOARTION; and GENPHARM, a )
Canadian Corporation, )
)
      Defendants )

## AGREED ORDER OF DISMISSAL

This matter is before the court on the motion *ore tenus* of Plaintiff and Defendants to dismiss this action without prejudice. The court, having considered the motion, and noting that Plaintiff agrees to entry of this order, and being otherwise advised in the premises, finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Plaintiff's Complaint and this action be, and they are hereby, dismissed without prejudice with each party to bear his, her, or its own costs and expenses, including attorneys' fees.

SO ORDERED, this the 29th day of December, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE

Agreed to in form and substance:

_____
PAUL M. GOODSON
Attorney for Claimant

_____
MICHAEL J. RYAN
Attorney for Claimant

_____
STEPHANIE M. RIPPEE
Attorney for Cardinal Health 409, Inc.

_____
CLEM C. TRISCHLER
Attorney for Mylan Bertek Pharmaceuticals,
Inc., f/k/a Bertek Pharmaceuticals, Inc.;
Mylan Pharmaceuticals, Inc.; and Mylan
Laboratories, Inc.